Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL SANDOVAL (AND WIFE, SHAYLA RIVERA), | Case No.: 08-CV-2711 |
| Plaintiff, | |
| -against- | **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |
| BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., EMPIRE STATE PROPERTIES, INC., GENERAL RE SERVICES CORP., HILLMAN ENVIRONMENTAL GROUP, LLC., LEFRAK ORGANIZATION, INC., NATIONAL ASSOCIATIONOF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDURSTRIAL DEVELOPMENT CORPORATION, ONE LIBERTY PLAZA, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., AND WORLD FINANCIAL PROERITIES, L.P., | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts

its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
May 3, 2008

                                                Yours, etc.,

                                                **HARRIS BEACH PLLC**

                                                _____
Brian A. Bender, Esq. (BAB-0218)
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL SANDOVAL (AND WIFE, SHAYLA RIVERA), | Case No.: 08-CV-2711 |
| Plaintiff, | |
| -against- | **CERTIFICATE OF SERVICE** |
| BFP ONE LIBERTY PLAZA CO., et al., | |
| Defendants. | |

    The undersigned certifies that on May 3, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated:  New York, New York
          May 3, 2008

                                                                                     Brian A. Bender

275703.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL SANDOVAL (AND WIFE, SHAYLA RIVERA), | Case No.: 08-CV-2711 |
| Plaintiff, | |
| -against- | |
| BFP ONE LIBERTY PLAZA CO., et al., | |
| Defendants. | |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100